TDCJ Offender Details     03,557-01 Page 1 of 2



# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 06665405 |
| **TDCJ Number:** | 01936093 |
| **Name:** | LAPRADE,RICHARD CHESTER III |
| **Race:** | W |
| **Gender:** | M |
| **DOB:** | 1973-12-09 |
| **Maximum Sentence Date:** | 2020-03-20 |
| **Current Facility:** | NEAL |
| **Projected Release Date:** | 2016-09-23 |
| **Parole Eligibility Date:** | 2014-11-28 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days. **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.***

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2003-06-09 | BURG HABIT | 2014-06-17 | LAVACA | 03-07-8634CR | 6-00-00 |
| | | | | | |